THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO. 2:21-cv-00258-JLR |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DATE |
| vs. | |
| HILLTOP SERVICES LLC, a Delaware limited liability company, | NOTED FOR HEARING ON: _May 6, 2021 |
| Defendant. | |

## **STIPULATION**

The parties hereto, by and through their respective counsel of record, hereby stipulate that Defendant HILLTOP SERVICES LLC's responsive pleading to Plaintiff's Complaint shall be filed by June 7, 2021. The responsive pleading is currently due on May 7, 2021. The parties are currently engaged in settlement discussions which, they hope, will resolve this action.

STIPULATION AND PROPOSED ORDER – USDC WD WA NO. C21-258-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4832-3566-9992.1

| | | |
|---|---|---|
| 1 | May 5, 2021 | Attorneys for Defendant |
| 2 | | |
| 3 | | *s/Jenna R. Mark*<br>Jenna Mark, WSBA No. 54366 |
| 4 | | |
| 5 | | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1111 Third Avenue, Suite 2700 |
| 6 | | Seattle, Washington 98101<br>(206) 436-2020 / (206) 436-2030 Fax |
| 7 | | E-mail: Jenna.Mark@lewisbrisbois.com |

May 5, 2021 — Attorneys for Plaintiff

*s/Russell Reid*
Russell Reid, WSBA #2560

REID McCARTHY, BALLEW & LEAHY LLP
100 West Harrison St. Ste. 300
Seattle, Washington 98119
(206) 285-0464 / (206) 285-8625 Fax
Email: rjr@rmbllaw.com

STIPULATION AND PROPOSED ORDER –
USDC WD WA NO. C21-258-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4832-3566-9992.1

**ORDER**

Based on the foregoing Stipulation of the parties and good cause appearing, it is HEREBY ORDERED that Defendant's responsive pleading to Plaintiff's Complaint shall be filed on or before June 7, 2021.

DATED this 7th day of May, 2021, at Seattle, Washington.

The Honorable James L. Robart

Presented and submitted by:

*/s/ Jenna Mark*
Jenna Mark, WSBA No. 54366
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206) 436-2030 Fax
E-mail: Jenna.Mark@lewisbrisbois.com
Attorneys for Defendant

STIPULATION AND ORDER – USDC WD WA NO. C21-258-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4832-3566-9992.1