THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HILLTOP SERVICES, INC., a California corporation,<br><br>Defendant. | NO.   C21-258-TL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Jenna R. Mark of Lewis Brisbois Bisgaard & Smith, LLP, attorneys for Defendant, Hilltop Services, Inc., hereby stipulate that the above-referenced action should be dismissed, without prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

DATED this 20th day of December, 2021.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| *s/Russell J. Reid* | *s/Jenna R. Mark* |
| Russell J. Reid, WSBA #2560 | Jenna R. Mark, WSBA #54366 |
| Thomas A. Leahy, WSBA #26365 | 1111 Third Avenue, Suite 2700 |
| 100 West Harrison Street, N. Tower #300 | Seattle WA 98101 |
| Seattle WA 98119 | (206) 436-2020 |
| (206) 285-0464 | Jenna.Mark@lewisbrisbois.com |
| rjr@rmbllaw.com | |
| tom@rmbllaw.com | |
| Attorneys for Plaintiff | Attorney for Defendant |

### ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed without prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 21st day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE TANA LIN

Submitted for Entry:
REID, McCARTHY, BALLEW & LEAHY, L.L.P.
By:  *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com
Attorney for Plaintiff